**Opinion issued June 27, 2013**



**In The**

**Court of Appeals**

**For The**

**First District of Texas**

———————————

**NO. 01-13-00197-CV**

———————————

**ROBERT A. MCALLISTER, JR., Appellant**

**V.**

**NINA MANDELL MCALLISTER F/K/A PEARL MANDELL MCALLISTER, Appellee**

---

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-33390**

---

**MEMORANDUM OPINION**

On May 17, 2013, the mediator appointed in this case filed a letter indicating

that the case had settled during mediation. Appellant has now filed a "Notice of

Nonsuit," indicating that he no longer desires to proceed with this appeal, which we construe as a motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). The motion contains a certificate of service, but does not contain a certificate of conference. *See* TEX. R. APP. P. 10.1(a). Ten days have passed, however, and appellee has not filed a response in opposition. *See* TEX. R. APP. P. 10.1(b) (providing that court may determine motion before response is filed), 10.3(a) (providing, in pertinent part, that court should not hear or determine motion until 10 days after motion was filed, unless motion states that parties have conferred and that no party opposes motion). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.